

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  DAYLE ELIESON
   United States Attorney
2  District of Nevada
   KILBY MACFADDEN
3  Assistant United States Attorney
   501 Las Vegas Boulevard So., Suite 1100
4  Las Vegas, Nevada  89101
   Phone: (702) 388-6336
5  Fax: (702) 388-5087
   kilby.macfadden@usdoj.gov
6

7                    UNITED STATES DISTRICT COURT
8                          DISTRICT OF NEVADA
                                -oOo-
9

| | |
|---|---|
| 10  IN RE: SEALED WARRANT AFFIDAVITS FOR THE SEARCH OF | CASE No. 2:18-mj-192-GWF |
| 11  IN THE MATTER OF THE SEARCH OF: | **MOTION TO UNSEAL** |
| 12  | |
| 13  PROPERTY KNOWN AS DR. STEVEN A. HOLPER, MD, P.C., A.K.A. | |
| 14  HOLPER OUTPATIENT MEDICAL CENTER, LOCATED AT 3233 W. CHARLESTON BLVD., SUITE #202, | |
| 15  LAS VEGAS, NV 89102; | |
| 16  IN THE MATTER OF THE SEARCH | CASE No. 2:18-mj-193-GWF |
| 17  OF: | **MOTION TO UNSEAL** |
| 18  PROPERTY OF 9155 TAMARUS STREET, LAS VEGAS, NV 89123; | |
| 19  | CASE No. 2:18-mj-194-GWF |
| 20  IN THE MATTER OF THE SEARCH OF: | **MOTION TO UNSEAL** |
| 21  | |
| 22  MOTOR VEHICLE 2000 SILVER MERCEDES ROADSTER BEARING | |
| 23  NEVADA REGISTRATION 502-XMC; VIN # WDBFA68F6YF189375; | |

24

| | |
|---|---|
| 1 | The United States of America by and through DAYLE ELIESON, United |
| 2 | States Attorney, and KILBY MACFADDEN, Assistant United States Attorney, and |
| 3 | respectfully moves this Court to unseal the following cases: |
| 4 | 2:18-mj-192-GWF |
| 5 | 2:18-mj-193-GWF<br>2:18-mj-194-GWF |
| 6 | |
| 7 | The United States has determined there is no longer a need to keep the cases sealed |
| 8 | and therefore respectfully requests that the Court unseal them. The United States |
| 9 | has included a proposed order that follows this motion. |
| 10 | Dated this 10th day of May, 2018. |
| 11 | Respectfully submitted, |
| 12 | |
| 13 | DAYLE ELIESON<br>United States Attorney |
| 14 | /s/ |
| 15 | KILBY MACFADDEN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| IN RE: SEALED WARRANT AFFIDAVITS FOR THE SEARCH OF IN THE MATTER OF THE SEARCH OF:<br><br>PROPERTY KNOWN AS DR. STEVEN A. HOLPER, MD, P.C., A.K.A. HOLPER OUTPATIENT MEDICAL CENTER, LOCATED AT 3233 W. CHARLESTON BLVD., SUITE #202, LAS VEGAS, NV 89102; | CASE No. 2:18-mj-192-GWF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>PROPERTY OF 9155 TAMARUS STREET, LAS VEGAS, NV 89123; | CASE No. 2:18-mj-193-GWF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>MOTOR VEHICLE 2000 SILVER MERCEDES ROADSTER BEARING NEVADA REGISTRATION 502-XMC; VIN # WDBFA68F6YF189375; | CASE No. 2:18-mj-194-GWF<br><br>**ORDER TO UNSEAL** |

**ORDER**

Based on the Government's *Motion to Unseal*, and good cause appearing therefore, the Court hereby grants the motion to unseal. The Clerk of Court is directed to unseal the following cases:

2:18-mj-192-GWF
2:18-mj-193-GWF
2:18-mj-194-GWF

The case are ordered unsealed.

DATED 14th day of May 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4